UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VY LA LE,

             Petitioner,

    v.

HAROLD CLARK,

             Respondent.

Case No.  C05-5238RJB

ORDER DENYING
RESPONDENT'S MOTION FOR
AN EXTENSION OF TIME

This matter is before the court on respondent's motion for an extension of time to file a an answer to the petition (Docs. 10).  After reviewing the two motions and the remaining record, the court orders as follows.

(l) On July 15, 2005, respondent filed his Answer to the Petition.  Accordingly, Respondent's motions for an extension of time is **DENIED, as being moot.**

(2)	The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

DATED this 22nd day of July, 2005.

                                */s/  J. Kelley Arnold*
                                J. Kelley Arnold
                                United States Magistrate Judge